IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

WANDA G. WALKER,

      Plaintiff,

v.                              Case No. 1:16cv35-MW/GRJ

DEPARTMENT OF VETERAN AFFAIRS,

      Defendant.
_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 26. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Defendant's Motion to Dismiss Third Amended Complaint for Lack of Subject Matter Jurisdiction and/or Failure to State a Claim, ECF No. 22, is **GRANTED**. This case is **DISMISSED** with prejudice." The Clerk shall close the file.

**SO ORDERED on July 12, 2017.**

                                          s/Mark E. Walker          
                                          **United States District Judge**